IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR235 |
| v. | |
| THAD N. JUNGE, | **JUDGMENT** |
| Defendant. | |

In accordance with the Memorandum and Order entered today (Filing No. 100), judgment is entered in favor of the United States of America and against Thad N. Junge.

Dated this 4th day of October 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge