IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR235 |
| v. | |
| THAD N. JUNGE, | ORDER |
| Defendant. | |

This matter is before the Court on Defendant Thad N. Junge's ("Junge") Motion for Certificate of Appealability (Filing No. 103). This Court entered a Memorandum and Order (Filing No. 100) and Judgment (Filing No. 101) denying Junge's Motion under 28 U.S.C. § 2255 and denying him a certificate of appealability. A Notice of Appeal was then filed (Filing No. 102). Also before the Court is a request from the Clerk's Office to determine whether the defendant is entitled to proceed on appeal in forma pauperis. The Court will not enter a separate order regarding in forma pauperis status because Junge is entitled to that status without further authorization pursuant to Federal Rule of Appellate Procedure 24(a)(3).

Junge's Motion for Certificate of Appealability (Filing No. 103) is denied for the reasons set forth in the Court's previous Memorandum and Order (Filing No. 100).

IT IS SO ORDERED.

Dated this 5th day of November 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge